UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

05-60172 CR-LENARD ___KLEIN___

Case No. _____

18 U.S.C. § 371
18 U.S.C. §1028A(a)(1)
18 U.S.C. §1344

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )
vs.                                          )
                                             )
SHERWIN HUE                                  )
and                                          )
DAVID EDME,                                  )
                    Defendants.              )
_____    )

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

1. From in or about June 2003, through on or about June 24, 2005, in Miami-Dade, Broward

and Palm Beach Counties,  in the Southern District of Florida, and elsewhere, the defendants,

SHERWIN HUE
and
DAVID EDME,

did knowingly and intentionally combine, conspire, confederate and agree with persons known and

unknown to the Grand Jury to commit offenses against the United States, that is,  aggravated identity

theft, in violation of Title 18, United States Code, Section 1028A, and bank fraud, in violation of

Title 18, United States Code, Section 1344.

## OBJECT OF CONSPIRACY

2. It was the object of the conspiracy that the Defendants SHERWIN HUE, DAVID EDME and others would and did unjustly enrich themselves and others, by knowingly and willfully producing fraudulent identification documents without lawful authority and by producing counterfeit checks, which they caused to be used to execute and attempt to execute a scheme and artifice to defraud and to obtain monies, funds and assets under the custody and control of federally insured financial institutions by means of false and fraudulent pretenses, representations and promises, in an amount of approximately $4,000,000.

## MANNER AND MEANS

The manner and means by which the defendants and co-conspirators sought to accomplish the object of the conspiracy, included the following:

3. Defendant SHERWIN HUE would receive money to produce identification documents, namely fraudulent and counterfeit driver's licenses, employee identification cards, and other forms of identification.

4. Defendant DAVID EDME would receive money to produce checks, namely counterfeit and fraudulent checks, which were then used by DAVID EDME and other co-conspirators to perpetrate bank fraud.

5. Co-conspirators used the counterfeit identification documents produced by Defendant SHERWIN HUE and the counterfeit and fraudulent checks produced by Defendant DAVID EDME to cash and deposit forged and fraudulent checks at drive-thru lanes of financial institutions where identification of the suspects by tellers was difficult.

6. Co-conspirators used the counterfeit identification documents and the counterfeit and

-2-

fraudulent checks for bank account takeovers where the co-conspirators would impersonate the legitimate account holder, change the address on the account and then make unauthorized withdrawals on the account.

OVERT ACTS

5. In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of Florida, and elsewhere, by at least one co-conspirator.

A.  On or about June 25, 2003, SHERWIN HUE, using the name "Tony Roberts," sent via overnight commercial carrier (Federal Express) a package which contained counterfeit identification cards to "Sew It and Grow It," a business in Fort Lauderdale, Florida.

B.  On or about May 8, 2004, co-conspirators broke into the car of W.H. and stole her purse containing a driver's license, credit cards, checks and other forms of identification.

C.  On or about July 9, 2004, co-conspirator E.M., using fraudulent identification provided by Defendant SHERWIN HUE, cashed a fraudulent $489.69 check provided by Defendant DAVID EDME, made payable to E.A, on the Wachovia Bank account of Tom Jenkins Bar B Q.

D.  On or about July 14, 2004, co-conspirator E.M., using fraudulent identification provided by Defendant SHERWIN HUE, cashed a fraudulent $8,290.00 check, provided  by Defendant DAVID EDME, made payable to E.M., on the Wachovia Bank account of Carlink Motors Corp.

E.  On or about July 21, 2004, co-conspirator C.D., using fraudulent identification provided by Defendant SHERWIN HUE, cashed a fraudulent $963.30 check, provided by Defendant DAVID EDME, made payable to W.H. on the Wachovia Bank account of Tom Jenkins Bar B Q.

F.  On or about July 28, 2004, Defendant SHERWIN HUE, using the name "Tony Roberts," sent via overnight commercial carrier (Federal Express) a package containing counterfeit Florida driver's licenses to E.M. in Hollywood, Florida.

G.  On or about August 28, 2004, co-conspirators broke into the car of W.K. and stole her purse containing a driver's license, credit cards, checks and other forms of identification.

H.  On or about October 27, 2004, SHERWIN HUE, using the name "Tony Roberts," sent via overnight commercial carrier (Federal Express) a package containing counterfeit Florida driver's licenses to 820 NW 12th Terrace, #79, Fort Lauderdale, Florida.

I.  On or about November 9, 2004, SHERWIN HUE, using the name "Christopher Blackwell," sent via overnight commercial carrier (Federal Express) a package containing counterfeit Florida driver's licenses to 820 NW 12th Terrace, #79, Fort Lauderdale, Florida.

J.  On or about November 25, 2004, co-conspirator C.D., using counterfeit identification provided by Defendant SHERWIN HUE, cashed a fraudulent $2,000 check, provided by Defendant DAVID EDME, made payable to W.K. on the Union Planters Bank account of J.S. and I.S.

K.  On or about February 7, 2005, co-conspirator C.D., using counterfeit identification provided by Defendant SHERWIN HUE, cashed a fraudulent $4,802.40 check provided by Defendant DAVID EDME, made payable to W.K. on the Bank One account LDC Associates.

L.  On or about February 7, 2005, co-conspirator C.D., using counterfeit identification provided by Defendant SHERWIN HUE, cashed a fraudulent $4,785.54 check provided by Defendant DAVID EDME, made payable to J.M.M. on the Bank One Business Account of LDC Associates.

-4-

M.  On or about March 11, 2005, after E.M. contacted Defendant DAVID EDME and ordered two counterfeit business checks from EDME using the payee name of an individual with the initials "R.G.," EDME advised E.M. that he would make the counterfeit checks on a SunTrust Bank account.

N.  On or about March 11, 2005, Defendant DAVID EDME picked up E.M. and drove him to a SunTrust Bank branch in Ft. Lauderdale, Florida, where E.M. attempted to cash a counterfeit business check that EDME had provided on the SunTrust Bank account of Citadel I Limited Partnership, made payable to R.G.

O.  On or about March 23, 2005, Defendant SHERWIN HUE, using the name "Robert Cohen," sent via overnight commercial carrier a package, containing counterfeit Florida driver's licenses and a counterfeit employee identification card, to E.M. in Wilton Manors, Florida.

P.  On or about March 28, 2005, Defendant DAVID EDME ordered eight counterfeit identifications from E.M. who obtained the counterfeit identifications from Defendant SHERWIN HUE.

Q. On or about March 29, 2005, co-conspirator V.D. met with E.M. and provided him with two stolen credit cards and a brown paper napkin containing identification information on T.G.H.

R.  On or about March 29, 2005, co-conspirator V.D. requested that E.M. contact Defendant SHERWIN HUE to obtain a counterfeit Florida driver's license in T.G.H.'s name.

S.  On or about March 29, 2005, Defendant DAVID EDME met with E.M. and provided him with one stolen credit card in the name of D.K.H., and a piece of paper containing identification information on M.B. and Mi.B.

T.  On or about March 29, 2005, Defendant DAVID EDME requested that E.M.

contact Defendant SHERWIN HUE to obtain six counterfeit Florida driver's licenses in the names of M.B., Mi.B., and D.K.H.

U.  On or about March 30, 2005, Defendant SHERWIN HUE met E.M. in Atlanta, Georgia, and provided him with eight counterfeit Florida driver's licenses.

V.  On or about April 1, 2005,  Defendant DAVID EDME met with E.M. who provided EDME with the six counterfeit Florida driver's licenses that SHERWIN HUE had manufactured in Atlanta,  Georgia.

W.  On or about April 27, 2005, E.M., using counterfeit identification provided by Defendant SHERWIN HUE, cashed a fraudulent $4,559.45 check provided by Defendant DAVID EDME, made payable to E.M. on the Bank of America account of Third Avenue Associates.

All in violation of Title 18, United States Code, Section 371.

<u>COUNTS 2-13</u>

6. From in or about June 2003, through on or about June 24, 2005,  in Miami-Dade,  Broward and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

SHERWIN HUE
and
DAVID EDME,

and others, knowingly and willfully executed and attempted to execute a scheme and artifice to defraud   financial institutions, to wit:  Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, credits, assets, securities, and other property owned by and under the custody and control of Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank, in an amount of approximately $4,000,000, by means of  false and fraudulent pretenses, representations, and promises.

-6-

## OBJECT OF THE SCHEME AND ARTIFICE

7. It was the object of the scheme and artifice to defraud for the defendants and others to obtain money through the uttering and cashing of falsely made and fraudulent checks to Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank, using false and fraudulent identification.

## MANNER AND MEANS

The manner and means utilized to accomplish the object of the scheme and artifice to defraud included, among other things, the following:

8.    The defendant SHERWIN HUE made counterfeit driver's licenses in the names of account holders at various banks, including, Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank.

9. The defendant DAVID EDME made counterfeit checks payable to account holders at Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank, whose identities had been stolen.

10. The co-conspirators, using counterfeit checks provided by Defendant DAVID EDME, and others, and using fraudulent identification provided by SHERWIN HUE, and others, entered the bank and used drive-thru tellers, and cashed checks made payable to account holders at Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank, whose identities had been stolen.

## EXECUTIONS OF THE SCHEME

11. In execution of the scheme and artifice to defraud, defendants SHERWIN HUE and DAVID EDME caused funds from customers' bank accounts at Bank of America, Wachovia Bank, Union Planters Bank, Bank One, and SunTrust Bank to be withdrawn without their authorization, as set forth below:

| COUNT | DATE | BANK TRANSACTION | INITIALS OF PAYEE |
|---|---|---|---|
| 2 | 6/23/04 | $4,578.70 check cashed on the Bank of America account of Broward Infusion Group | F.L. |
| 3 | 7/14/04 | $8,290.00 check cashed on the Wachovia account of Carlink Motors Corporation | E.M. |
| 4 | 7/20/04 | $945.08 check cashed on the Wachovia account of Tom Jenkins Bar B Q | T.B. |
| 5 | 9/20/04 | $4,500 withdrawal on the Wachovia account of P.R | P.R. |
| 6 | 11/25/04 | $2,000 check cashed on the Union Planters account of J.S. and I.S. | W.K. |
| 7 | 1/27/05 | $4,586.58 check cashed on the Bank One Account of LDC Associates | W.P. |
| 8 | 2/04/05 | $4,989.45 check cashed on the Bank One account of LDC Associates | R.G. |
| 9 | 2/25/05 | $4,000 check cashed on the Bank One account of Kentuckiana Mack Sales & Ser. | E.M. |
| 10 | 3/09/05 | $1,882.45 check cashed on the Bank One account of Kentuckiana Mack Sales & Ser. | R.G. |
| 11 | 4/27/05 | $4,559.45 check cashed on the Bank of America account of Third Avenue Associates | E.M. |
| 12 | 4/27/05 | $4,558.45 check cashed on the Bank of America account of Third Avenue Associates | E.A. |

All in violation of Title 18, United States Code, Sections 1344 and 2.

## COUNTS 13-19

From on or about July 21, 2004,  until on or about June 24, 2005, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere,  the defendants

SHERWIN HUE
and
DAVID EDME,

during and in relation to a felony contained in Title 18, United States Code, Chapter 63, that is, bank fraud, in violation of Title 18, United States Code, Section 1344, as charged in Counts 2-12 of this Indictment, did knowingly and willfully transfer, possess and use without lawful authority a means of identification of another person, to wit, the name, driver's license  number, and date of birth, any one of which would constitute a violation, as set forth in the individual counts below:

| COUNT | DATE | INITIALS OF PAYEE |
|-------|---------|-------------------|
| 13 | 7/21/04 | W.H. |
| 14 | 1/27/05 | W.P. |
| 15 | 2/10/05 | W.K. |
| 16 | 2/10/05 | J.M. |
| 17 | 3/09/05 | R.G. |
| 18 | 4/28/05 | T.J. |
| 19 | 5/31/05 | I.W. |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

GRAND JURY FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

MARC ANTON
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

<u>PENALTY SHEET</u>

**Defendant's Name**: SHERWIN HUE

**Case No**: _____

Count  #: 1

 Conspiracy to Commit Bank Fraud and  Aggravated Identity Theft _____

 in violation 18 U.S.C. § 371; 1344; 1028A _____

**\* Max.Penalty**: Five (5) years' imprisonment; three (3) years' supervised release; $250,000 fine

Counts  #:  2-12

 Bank Fraud _____

 in violation 18 U.S.C. § 1344 _____

**\* Max.Penalty**: Thirty (30) years' imprisonment; five (5) years' supervised release; $1,000,000 fine

Counts  #:13-19

 Aggravated Identity Theft _____

 in violation of 18 U.S.C. 1028A _____

**\*Max. Penalty:** Two (2) years' mandatory imprisonment; one (1) year supervised release; $250,000 fine

Count  #:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DAVID EDME

**Case No**: _____

Count #: 1

 Conspiracy to Commit Bank Fraud and  Aggravated Identity Theft

 in violation 18 U.S.C. § 371; 1344; 1028A

**\* Max.Penalty**: Five (5) years' imprisonment; three (3) years' supervised release; $250,000 fine

Counts #:  2-12

 Bank Fraud

 in violation 18 U.S.C. § 1344

**\* Max.Penalty**: Thirty (30) years' imprisonment; five (5) years' supervised release; $1,000,000 fine

Counts #:13-19

 Aggravated Identity Theft

 in violation of 18 U.S.C. 1028A

**\*Max. Penalty:** Two (2) years' mandatory imprisonment; one (1) year supervised release; $250,000 fine

Count #:

_____

_____

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    CASE NO. _____

vs.
                                            **CERTIFICATE OF TRIAL ATTORNEY\***
SHERWIN HUE,
DAVID EDME,
                     **Defendants**
_____/           **Superseding Case Information:**

**Court Division:** (Select One)                        New Defendant(s)        _____    _____
                                                        Number of New Defendants _____
___  Miami    ___  Key West                             Total number of counts  _____
_X_  FTL      ___  WPB      ___  FTP

        I do hereby certify that:

1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable
        witnesses and the legal complexities of the Indictment/Information attached hereto.

2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting
        their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section
        3161.

3.      Interpreter:        (Yes or No)           ___NO___
        List language and/or dialect             _____

4.      This case will take            __10 days__    to try

5.      Please check appropriate category and type of offense listed below:
        (Check only one)                              (Check only one)

I       0 to 5 days                  _____          Petty          _____
II      6 to 10 days                 __X____          Minor          _____
III     11 to 20 days                _____          Misdem.        _____
IV      21 to 60 days                _____          Felony         __X___
V       61 days and over             _____

6.      Has this case been previously filed in this District Court?  (Yes or No)        ___NO___
If yes:
Judge: _____         Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No) _YES_
If yes:
Magistrate Case No.                    __05-4123-LSS, 05-4133-LSS_____
Related Miscellaneous numbers:         _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of    _____
Rule 20 from the _____       District of _____

Is this a potential death penalty case? (Yes or No) _NO_
7.      Does this case originate from a matter pending in the U.S. Attorney's Office prior to
        April 1, 2003?      _____ Yes      __X__ No

8.      Does this case originate from a matter pending in the U. S. Attorney's Office prior to
        April 1, 1999?      _____ Yes      __X__ No
        If yes, was it pending in the Central Region? _____ Yes      _____ No

9.      Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to
        October 14, 2003?           Yes _____      No   __X__

10.     Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
        May 18, 2003?               _____ Yes      __X__ No

                                        _____
                                        LAURENCE M. BARDFELD
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Florida Bar No. 712450

No. 060165

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Florida

_____ Central Criminal Division _____

# THE UNITED STATES OF AMERICA

vs.

SHERWIN HUE
DAVID EDME

# INDICTMENT

18 U.S.C. § 371
18 U.S.C. §1028A(a)(I)
18 U.S.C. §1344

A true bill.

_____
                    Foreperson

05-60172
CR - LENARD

Filed in open court this _____

of _____ , A.D. 20 _____ day,

[KLEIN]

_____
                         Clerk

Bail. $ _____